UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ELIAS MORCELO, et al.

                       Plaintiffs,

           -v-

VINAIO IMPORTS LTD, et al.

                     Defendants.

17-CV-868 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval.  (Dkt. No. 40.)

Under the proposed agreement, Defendants will pay $75,000, with a total of $18,742.54 to be allocated to Plaintiff Michael Minaya Perez, $6,629.32 to Plaintiff Ramon Elias Morcelo, $16,845.62 to Plaintiff Rodolfo Pacheco, and $7,714.50 to Plaintiff David Mota in connection with their FLSA and New York Labor Law claims.  (Dkt. No. 40-1 at 2–3.)  In addition, $25,068 (approximately one-third of the settlement) will be collected by Plaintiffs' counsel in attorney's fees and costs.  (Dkt. No. 40-1 at 3–4.)

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at Docket Number 40 is approved, and the case is hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction solely to resolve

any disputes arising from the settlement agreement and the settlement of this action.  The Clerk

of Court is directed to close the case.

      SO ORDERED.

Dated: December 13, 2017
       New York, New York

 

_____
          J. PAUL OETKEN
      United States District Judge